**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq.
Nevada Bar No. 8119
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
jholtz@stutzartiano.com

Attorneys for Defendant, WALGREEN CO.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAIL COLVIN, and DEWAYNE COLVIN, Husband and Wife,<br><br>            Plaintiffs,<br><br>v.<br><br>WALGREEN CO. d/b/a WALGREENS DOES EMPLOYEE, and DOES II through V and ROE CORPORATIONS VI through X, inclusive,<br><br>            Defendants. | Case No..:  2:14-cv-01236-APG-NJK |

ORDER RE:

**NOTICE OF SETTLEMENT**


AS AMENDED

1

Stutz Law San Diego/1329/117/PL/S0221104.DOCX

The parties by and through their respective counsel hereby provide notice that the above referenced parties have reached a settlement in the above matter. The parties request a status check at 180 days to allow time to resolve possible Medicare claims.

Dated: February 11, 2015                                       Dated: February 11, 2015

SIMON LAW                                                              STUTZ ARTIANO SHINOFF & HOLTZ
                                                                               A Professional Corporation

By: /s/ Benjamin J. Miller (Nevada Bar 10406)      By: /s/ James F. Holtz
Daniel S. Simon, Esq.                                              James F. Holtz
Nevada Bar No. 004750                                         Nevada Bar No. 8119
810 South Casino Center Boulevard                     1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89101                                     Las Vegas, Nevada 89144
Telephone: (702) 364-1650                                  Telephone: (702) 304-1803
Attorneys for Plaintiffs Gail Colvin and                  Attorneys for Defendant WALGREEN CO.
Dewayne Colvin

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above matter be taken off the Court's trial calendar, and the dates identified in the Scheduling Order [Doc 12] along with any other related deadlines be vacated.

IT IS FURTHER ORDERED that the parties shall submit either dismissal papers or a status report no later than ~~August 10, 2015 (180 days).~~ April 10, 2015.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: February 12_____, 2015