# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL COLVIN, et al., | Case No. 2:14-cv-01236-APG-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| WALGREEN CO., | |
| Defendant(s). | |

On February 12, 2015, the Court ordered the parties to file either dismissal papers or a status report no later than April 10, 2015. Docket No. 16. The parties failed to comply with that order and have provided no justification for that non-compliance. The Court hereby cautions counsel that the Court expects strict compliance with all orders. The failure to do so may result in the imposition of sanctions. *Cf. Martin Family Trust v. Heco/Nostalgia Enterps. Co.*, 186 F.R.D. 601, 603-05 (E.D. Cal. 1999) (imposing sanctions on counsel for failing to submit status report as ordered).

In light of the representations in the pending status report, Docket No. 17, the parties are hereby ORDERED to submit dismissal papers no later than July 8, 2015.

IT IS SO ORDERED.

Dated: June 5, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE